# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

| New York City Commission on Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name (Indicate Mr., Ms., Mrs.)<br>Mr. Derek Daniel Gatsby Frimpong | Home Phone (Incl. Area Code)<br>(347) 378 - 5655 | Date of Birth<br>3-28-1989 |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| Seppinni LLP, c/o Shane Seppinni, Esq., | 43 W 43rd St., Suite 256, New York, NY 10036 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two are named, list under PARTICULARS below.)*

| Name<br>Everyrealm Inc. | No. Employees, Members<br>15+ | Phone No. (Incl. Area Code)<br>Unknown |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| 335 Madison Avenue, Suite 6E, | New York, NY 10017 |

| Name<br>Republic | No. Employees, Members<br>15+ | Phone No. (Incl. Area Code)<br>Unknown |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| 149 E 23rd St #2001, | New York, NY 10010 |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE　☒ COLOR　☒ SEX　☐ RELIGION　☒ NATIONAL ORIGIN<br>☒ RETALIATION　☐ AGE　☐ DISABILITY　☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest: Nov 1, 2021　　Latest: Mar 1, 2022<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

EVERYREALM INC., COMPOUND ASSET MANAGEMENT LLC, REALM METAVERSE REAL ESTATE INC., REPUBLIC, REPUBLIC CRYPTO LLC, REPUBLIC REALM MANAGER LLC, REPUBLIC REALM INC., REPUBLIC OPERATIONS LLC, OPENDEAL INC., OPENDEAL PORTAL LLC (on information and belief addresses are the same as above)
--

Defendants discriminated and retaliated against Complainant on account of his sex, race, national origin, and color when they made discriminatory statements, paid him hundreds of thousands less than his white colleagues for substantially similar work, investigated him due to his real or perceived national origin and/or race, failed to promote him due to his race--and instead hired a white male Head of Product Management without Product Management experience--, and constructively discharged Complainant by making it clear through their discriminatory and retaliatory actions that Complainant's career was over at Everyrealm and Republic because of his race and/or his refusal to engage with Everyrealm CEO Janine Yorio's unwanted sexual advances.

Defendants initiated racially-motivated investigations into Complainant's employment history and spread lies about Complainant's employment history on account of his race. This investigation was racially motivated. Defendants did not investigate white employees' backgrounds even when a credible accusation regarding resume fraud by a white employee was brought to Defendants' attention.

Defendants' discriminated, sexually harassed and retaliated against Complainant on account of his sex after he refused Everyrealm CEO's unwanted sexually harassing overtures, which included sexually explicit descriptions at work, prying questions about Complainant's romantic life, and other misconduct.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State or Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 08 / 15 / 2022　　*Gatsby Frimpong*<br>Date　　　　　　Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |