UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GATSBY FRIMPONG, <br><br> *Plaintiff,* <br><br> -against- <br><br> EVERYREALM INC., REPUBLIC COMPOUND LLC, d/b/a REPUBLIC REAL ESTATE, REPUBLIC OPERATIONS LLC d/b/a REPUBLIC, OPENDEAL INC., d/b/a REPUBLIC, OPENDEAL PORTAL LLC, d/b/a REPUBLIC, JESSE YORIO in her individual and professional capacities, JANINE YORIO in his individual and professional capacities, <br><br> *Defendants.* | Case No. 1:22-CV-10487 |

**DEFENDANTS REPUBLIC OPERATIONS LLC, OPENDEAL INC., AND OPENDEAL PORTAL LLC'S DISCLOSURE STATEMENT**

Pursuant to FED. R. CIV. P. 7.1, the undersigned attorney of record for Republic Operations LLC, OpenDeal Inc., and OpenDeal Portal LLC certifies the following:

- OpenDeal Inc. has no corporate parent and no publicly held corporation owns 10% or more of its stock.

- OpenDeal Inc. is the parent company of Republic Operations LLC and OpenDeal Portal LLC.

- No publicly held corporation owns 10% or more of Republic Operations LLC's stock.

- No publicly held corporation owns 10% or more of OpenDeal Portal LLC's stock

[*signature page follows*]

1

Dated: January 11, 2023  
Dallas, Texas

Respectfully submitted,

**POLSINELLI PC**

*/s/ Jason T. Weber*

**Jason T. Weber,** *Lead Counsel*
Admitted *pro hac vice* ECF 17
jweber@polsinelli.com
**Isaac Z. Treadaway**
Admitted *pro hac vice* ECF 18
itreadaway@polsinelli.com
2950 N. Harwood Street, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 292-9487

*Attorneys for Defendants Republic Operations LLC, OpenDeal Inc., and OpenDeal Portal LLC*

86837103.2