

2950 N. Harwood Street, Ste. 2100, Dallas, TX 75201  •  (214) 397-0030

February 6, 2023

Jason T. Weber
(214) 754-5741
(214) 292-9487 Fax
jweber@polsinelli.com
Isaac Z. Treadaway
(214) 754-5745
itreadaway@polsinelli.com

Hon. Robert W. Lehrburger                                                                                               **Via ECF**
Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

     **Re:**   *Frimpong v. Everyrealm, et al.*, **Case No.: 1:22-cv-10487**

Dear Judge Lehrburger:

On the afternoon of February 6, 2023, Republic Operations LLC ("Republic Operations") located a second arbitration agreement between itself and Mr. Frimpong, and it provided that agreement to the undersigned.

The agreement – entitled "Worksite Employee Acknowledgement" – is dated December 9, 2021, and it was generated by Justworks Group LLC ("Justworks") which is Republic Operations' outsourced provider of certain human resources support. The agreement is between "Derek Daniel Gatsby Frimpong," Republic Operations LLC, and Justworks. Paragraph 10 of the agreement addresses arbitration. This newly-discovered agreement post-dates Mr. Frimpong's November 1, 2021, Employment Letter Agreement previously submitted to the Court. *See* Dkt. 20-1.

In furtherance of our duty of candor to the Court, we submit the newly-located December 9, 2021 "Worksite Employee Acknowledgement," attached hereto as Exhibit A.

                    Sincerely

                    */s/ Jason T. Weber*
                    **POLSINELLI PC**
                    **Jason T. Weber,** *Lead Counsel*
                    admitted *pro hac vice* ECF 17
                    jweber@polsinelli.com
                    **Isaac Z. Treadaway**
                    Admitted *pro hac vice* ECF 18

polsinelli.com

Atlanta   Boston   Chicago   Dallas   Denver   Houston   Kansas City   Los Angeles   Miami   Nashville   New York
Phoenix   St. Louis   San Francisco   Seattle   Silicon Valley   Washington, D.C.   Wilmington
Polsinelli PC, Polsinelli LLP in California

87595469.2



Judge Lehrburger
February 6, 2023
Page 2

                    itreadaway@polsinelli.com
                    2950 N. Harwood Street, Suite 2100
                    Dallas, Texas 75201
                    Telephone: (214) 397-0030
                    Facsimile: (214) 292-9487

                    *Attorneys for Defendants Republic Operations LLC,*
                    *OpenDeal Inc., and OpenDeal Portal LLC*