UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
   GATSBY FRIMPONG,

                  Plaintiff,

           v.                                   Case No. 22-cv-10487 (GHW)(RWL)

EVERYREALM INC., REPUBLIC COMPOUD
LLC, d/b/a REPUBLIC REAL ESTATE, REPUBLIC
OPERATIONS LLC, d/b/a REPUBLIC, OPENDEAL    **DECLARATION OF**
INC., d/b/a REPUBLIC, OPENDEAL PORTAL LLC,  **JULIA SCHWARTZ**
d/b/a REPUBLIC, JESSE YORIO, in his individual
and professional capacities, and JANINE YORIO, in
her individual and professional capacities,

                 Defendants.
------------------------------------ X

Julia Schwartz, having personal knowledge of the facts herein, and under penalty of perjury, hereby states:

1.     I currently serve as the Chief Strategy Officer of Everyrealm Inc., and am a resident of the State of New York. I submit this Declaration based upon my personal knowledge and in support of the Motion to Compel Arbitration on behalf of Everyrealm Inc. ("Everyrealm"), Janine Yorio, and Jesse Yorio (collectively "the Everyrealm Defendants") in the above-captioned matter.

2.     In the course of my job duties, I spoke with Gatsby Frimpong on only a handful of occasions.

3.     The first time I spoke with Frimpong, on November 9, 2021, he introduced himself and inquired regarding my job responsibilities.

4. The final time I spoke with Frimpong, on March 3, 2022, he informed me that he was resigning and specifically stated, "Hey, just wanted to reach out. I decided I'm going to resign this week…so just want to thank you before I go for building such a great company."

5. A true and correct copy of Frimpong's March 3 message is attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury the foregoing is true and correct.

Dated: February 8, 2023

_____
Julia Schwartz