UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GATSBY FRIMPONG,

                Plaintiff,

      v.     Case No. 22-cv-10487 (GHW)(RWL)

EVERYREALM INC., REPUBLIC COMPOUD LLC, d/b/a REPUBLIC REAL ESTATE, REPUBLIC OPERATIONS LLC, d/b/a REPUBLIC, OPENDEAL INC., d/b/a REPUBLIC, OPENDEAL PORTAL LLC, d/b/a REPUBLIC, JESSE YORIO, in his individual and professional capacities, and JANINE YORIO, in her individual and professional capacities,

                Defendants.

**DEFENDANTS EVERYREALM INC. (f/k/a REPUBLIC REALM INC.), JANINE YORIO, AND JESSE YORIO'S NOTICE OF MOTION TO DISMISS, OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLEASE TAKE NOTICE THAT** Defendants Everyrealm Inc., Janine Yorio, and Jesse Yorio (collectively "the Everyrealm Defendants") shall, upon Plaintiff Gatsby Frimpong's ("Plaintiff") Complaint; the Declaration of Janine Yorio, and the exhibits attached thereto; the Declaration of Jesse Yorio, and the exhibits attached thereto; and the Everyrealm Defendants' Memorandum of Law; all filed herewith, move this Court, at Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on such date and time as the Court may direct, for an Order pursuant to Federal Rules of Civil Procedure ("FRCP") 12(b)(6) dismissing Plaintiff's sexual harassment claims and any purportedly related thereto against the Everyrealm Defendants because Plaintiff has failed to state a claim upon which relief can be granted.

1

Dated: New York, New York
       February 8, 2023

                                              PROSKAUER ROSE LLP

                            By:    */s/ Lloyd B. Chinn*

                                      Lloyd B. Chinn, Esq.
                                      Eleven Times Square
                                      New York, New York 10036-8299
                                      Ph. (212) 969-3000
                                      Fax (212) 969-2900
                                      lchinn@proskauer.com
                                      *Attorneys for Defendants Everyrealm Inc.,*
                                      *Janine Yorio, and Jesse Yorio*