UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GATSBY FRIMPONG,                                        :
                                                        :
                              Plaintiff,                :
                                                        :
              v.                                        :          Case No. 22-cv-10487 (GHW)(RWL)
                                                        :
EVERYREALM INC., REPUBLIC COMPOUD                       :
LLC, d/b/a REPUBLIC REAL ESTATE, REPUBLIC               :
OPERATIONS LLC, d/b/a REPUBLIC, OPENDEAL                :          **DECLARATION OF**
INC., d/b/a REPUBLIC, OPENDEAL PORTAL LLC,              :          **JANINE YORIO**
d/b/a REPUBLIC, JESSE YORIO, in his individual          :
and professional capacities, and JANINE YORIO, in      :
her individual and professional capacities,            :
                                                        :
                              Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Janine Yorio, having personal knowledge of the facts herein, and under penalty of

perjury, hereby states:

1.      I currently serve as the Chief Executive Officer of Everyrealm Inc., and am a

resident of the State of New York. I submit this Declaration based upon my personal knowledge

and in support of the Motion to Dismiss, or in the alternative, Motion for Summary Judgment as

to, the Sexual Harassment and Purportedly Related Claims in Plaintiff's Complaint on behalf of

Everyrealm Inc. ("Everyrealm"), Jesse Yorio, and myself (collectively "the Everyrealm

Defendants") in the above-captioned matter.

2.      Everyrealm utilizes Slack for instant messaging services between employees.

3.      A true and correct copy of select Slack messages between myself and Frimpong

during his Everyrealm employment is attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury the foregoing is true

and correct.

1

Dated: 02 / 08 / 2023

_____
Janine Yorio

Doc ID: 50418e70dc6f4e5bfc42c503432bb2b9af6b16eb