# EXHIBIT A


**Gatsby**  6:36 PM
Haha, smooth


**Janine Yorio**  6:37 PM
not lying

6:37

i never give faint praise

6:37

not my style

6:37

ENTJ remember?


**Gatsby**  6:39 PM
Haha yes yes

6:39

Watching you is interesting…it's like getting a preview of my future

6:40

Going to have to get your thoughts on balancing children

6:40

I don't have any right now, but always wondered how I'd do it all


**Janine Yorio**  6:40 PM
are you married?

6:40

my children are kinda neglected.  for example, tonight is halloween.  I'm not with them. 


**Gatsby**  6:41 PM
Nope, not married, right now

6:42

But been exploring


**Janine Yorio**  6:42 PM
good take your time


**Gatsby**  6:42 PM
Ah, yes…I guess it is Halloween…how far do you live from the city.  I was a bit confused when you mentioned being in a hotel

6:42

I figured you were much closer


**Janine Yorio**  6:43 PM
it's a long story

6:43

i bought a farm during the pandemic

6:43

it's about 2.5 hours from the city

6:43

i have an apartment in the city but i rented it out

6:43

for the pandemic

6:43

so when i come here i stay in a hotel

6:43

it's kind of a mess...

6:43

the pandemic complicated everything

6:43

but it's fine

6:43

the team is fully remote so it doesn't matter that much

6:43

i just come to NYC fo rmeetings (and bc I love it)


**Gatsby**  6:43 PM
Ah ok, yeah…makes sense.

6:44

Which neighborhood in the city is the apartment in?



and out and the testing required.  Let's talk about it on Monday.  I have to read into the rules again.



**Janine Yorio**  1:40 PM
ok great!

1:40

maybe they have updated them

1:40

i would really like to meet you



**Gatsby**  1:42 PM
same here....I'd like to get in front of you, for sure.  We will make something happen.



**Janine Yorio**  1:42 PM
great!

1:43

i don't want you to feel left out

1:43

when i was at republic, they woudl always talk about my projects without me in the room

1:43

and i told everybody that NFW i'm going to let that happen to gatsby

1:43

he has to be center of the lobby universe

1:43

like the nucleus!

**Friday, February 4th**



**Gatsby**  8:50 PM
I'm not big on celebrations, because I do believe:

    1.  You have to act like you've been there before
    2.  You don't celebrate till the deed is done (Billion Dollar exit, 100 Million users, etc)

But I do want to congratulate you on getting the wire and bringing the money in. I know a lot of us don't see the hard work in the background, but I do know you're doing it and you lead by example…you work hard, so you expect everyone else to do so and that's the way it should be.Thank you for everything.


**Janine Yorio**  8:51 PM
Equity for you!!!

8:51

It's coming.


**Gatsby**  8:52 PM

😁

LoL thank you...I'm here for the ride.


**Janine Yorio**  8:53 PM
Yay!


**Gatsby**  8:53 PM
And I appreciate the opportunity you've given me


**Janine Yorio**  8:53 PM
And I hate celebrations

8:53

That party this week was so awkward

8:53

Could you tell I hated it?


**Gatsby**  8:53 PM
LoL, yes for sure


**Janine Yorio**  8:53 PM
ENFJ?


**Gatsby**  8:53 PM
ENTJ !

And I'd like to talk to you this weekend or Monday about why I'm in London...I think then you'll have a better understanding of my travel and remote work situation.  8:56


**Janine Yorio**  8:58 PM
Ok call me tomorrow any time


**Gatsby**  8:58 PM
ok, no problem...I'll send you a ping.  I'm flexible tomorrow too.


**Janine Yorio**  8:58 PM
And it's a privilege and a pleasure to work with you.

And I mean it.  8:58


**Gatsby**  8:58 PM
likewise!

**Saturday, February 5th**


**Gatsby**  4:00 PM
In about 30 minutes I should be free the rest of the night to talk


**Janine Yorio**  4:53 PM
ok i can talk now