UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GATSBY FRIMPONG,                                          :
                                                          :
                              Plaintiff,                  :
                                                          :
              v.                                          :     Case No. 22-cv-10487 (GHW)(RWL)
                                                          :
EVERYREALM INC., REPUBLIC COMPOUD         :
LLC, d/b/a REPUBLIC REAL ESTATE, REPUBLIC :
OPERATIONS LLC, d/b/a REPUBLIC, OPENDEAL  :     **DECLARATION OF**
INC., d/b/a REPUBLIC, OPENDEAL PORTAL LLC, :     **JESSE YORIO**
d/b/a REPUBLIC, JESSE YORIO, in his individual :
and professional capacities, and JANINE YORIO, in :
her individual and professional capacities,        :
                                                          :
                              Defendants.                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Jesse Yorio, having personal knowledge of the facts herein, and under penalty of perjury,

hereby states:

1.      I currently serve as the Co-Head of Product of Everyrealm Inc., and am a resident

of the State of New York. I submit this Declaration based upon my personal knowledge and in

support of the Motion to Dismiss, or in the Alternative, Motion for Summary Judgment as to, the

Sexual Harassment and Purportedly Related Claims in Plaintiff's Complaint on behalf of

Everyrealm Inc. ("Everyrealm"), Janine Yorio, and myself (collectively "the Everyrealm

Defendants") in the above-captioned matter.

2.      On March 2, 2022, former Everyrealm Head of Human Resources Katherine Yost

performed Frimpong's offboarding, which followed his notice of voluntary resignation on March

1, 2022.

3.      On March 3, 2022, via Slack, I inquired with Yost regarding Frimpong's March 2,

2022 offboarding.

4.      Yost stated that Frimpong was resigning due to personal reasons "that have gone

on the past few years."

5.      A true and correct copy of the above-described messages is attached hereto as

Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury the foregoing is true

and correct.

Dated: Feb 8, 2023

Jesse Yorio

2