UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATSBY FRIMPONG, | : |
| *Plaintiff,* | : |
| -against- | : Case No. 1:22-CV-10487 |
| EVERYREALM INC., REPUBLIC COMPOUND LLC, d/b/a REPUBLIC REAL ESTATE, REPUBLIC OPERATIONS LLC d/b/a REPUBLIC, OPENDEAL INC., d/b/a REPUBLIC, OPENDEAL PORTAL LLC, d/b/a REPUBLIC, JESSE YORIO in her individual and professional capacities, JANINE YORIO in his individual and professional capacities, | : |
| *Defendants.* | : |

**PLEASE TAKE NOTICE** that, upon the concurrently filed Memorandum of Law, Defendants OpenDeal Inc. and OpenDeal Portal LLC (collectively "Non-Employer Defendants") move this Court before the Honorable Robert W. Lehrburger, United States District Magistrate Judge at the United States Courthouse for the Southern District of New York, at a time and date to be set by the Court, for an order dismissing Plaintiff Gatsby Frimpong's Original Complaint [ECF 1] pursuant to FED. R. CIV. P. 12(b)(6) because the complaint fails to state a claim upon which relief can be granted against the Non-Employer Defendants.

[*signature page follows*]

1

88141188.2

2

| | |
|---|---|
| Dated: February 8, 2023<br>Dallas, Texas | Respectfully submitted,<br><br>**POLSINELLI PC**<br><br><u>*/s/ Jason T. Weber*</u><br><br>**Jason T. Weber,** *Lead Counsel*<br>admitted *pro hac vice* [ECF 17]<br>jweber@polsinelli.com<br>**Isaac Z. Treadaway**<br>Admitted *pro hac vice* [ECF 18]<br>itreadaway@polsinelli.com<br>2950 N. Harwood Street, Suite 2100<br>Dallas, Texas 75201<br>Telephone: (214) 397-0030<br>Facsimile: (214) 292-9487<br><br>*Attorneys for Defendants Republic Operations LLC, OpenDeal Inc., and OpenDeal Portal LLC* |

88141188.2