```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
GATSBY FRIMPONG,                                                   :
                                                                   :
                                              Plaintiff,           :   1:22-cv-10487-GHW
                                                                   :
                     -v -                                          :   ORDER
                                                                   :
EVERYREALM, INC., et al.,                                          :
                                                                   :
                                              Defendants.          :
                                                                   :
------------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2023

GREGORY H. WOODS, United States District Judge:

The Court observes that on March 21, 2023, Magistrate Judge Lehrburger—given Plaintiff's consent to arbitration with the Everyrealm Defendants—stayed the entirety of this proceeding pending arbitration. Dkt. No. 45. In light of this stay, this Court will treat the previously filed motions to dismiss in this case as withdrawn. *See* Dkt. No. 33; Dkt. No. 39; Dkt. No. 41. In consultation with Judge Lehrburger, the parties may refile any motions that they wish to pursue upon the lifting of the stay.

The Clerk of Court is directed to terminate the motions pending at Dkt. No. 33, Dkt. No. 37, Dkt. No. 39, and Dkt. No. 41.

SO ORDERED.

Dated: March 22, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge