USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MEMORANDUM ENDORSED**

GATSBY FRIMPONG,

                            Plaintiff,

      v.

EVERYREALM INC., REPUBLIC COMPOUND LLC, d/b/a REPUBLIC REAL ESTATE, REPUBLIC OPERATIONS LLC, d/b/a REPUBLIC, OPENDEAL INC., d/b/a REPUBLIC, OPENDEAL PORTAL LLC, d/b/a REPUBLIC, JESSE YORIO, in his individual and professional capacities, and JANINE YORIO, in her individual and professional capacities,

                            Defendants.

Index No.: 1:22-cv-10487

**Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Gatsby Frimpong and his counsel give notice that the above-captioned action is voluntarily dismissed with prejudice against all defendants.

**Dated:** July 26, 2023
New York, New York

Respectfully submitted,

/s/ Shane Seppinni

Shane Seppinni
SEPPINNI LLP
43 W 43rd St., Suite 256
New York, NY 10036
212-859-5085
shane@seppinnilaw.com

*Counsel for Plaintiff*

Plaintiff has voluntarily dismissed this case with prejudice under F.R.C.P. 41(a)(1)(A)(i).  The Clerk of Court is directed to close this case.

  SO ORDERED.

  Dated: July 27, 2023
  New York, New York

_____
GREGORY H. WOODS
United States District Judge

1

2